RECEIVED
IN LAKE CHARLES, LA

AUG 17 2015

TONY R. MOORE, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JAMES A. RUSSELL, | * CIVIL ACTION NO. 2:14-cv-2669 |
| Petitioner, | * |
| v. | * JUDGE MINALDI |
| CHUCK MAIORANA, | * |
| Respondent. | * MAGISTRATE JUDGE KAY |

*********************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 31] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, a consideration of the petitioner's Objections [Doc. 32] and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the defendant's Motion to Dismiss [Doc. 28] be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that the petitioner's Petition for a Writ of Habeas Corpus [Docs. 1 & 6] be and hereby is **DISMISSED, WITHOUT PREJUDICE.**

Lake Charles, Louisiana, this 13 day of August, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE